UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re:

    Simon NMN McClain, Jr.

Debtor(s)

Case No. 17-05989-hb

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Gretchen D. Holland, chapter 13 trustee, submits the following Final Report and Account administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/30/2017.

2) The plan was confirmed on 02/08/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan 07/10/2018, 08/08/2018, 10/17/2018.

5) The case was dismissed on 10/16/2018.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $65,450.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,705.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $3,705.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,237.52 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $300.39 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,537.91

Attorney fees paid and disclosed by debtor:    $1,185.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Abbeville Seaboard Credit Union | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| American Infosource as agent for | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| Americash Loans | Unsecured | 2,752.00 | NA | NA | 0.00 | 0.00 |
| Arrowood Indemnity | Unsecured | 22,624.00 | NA | NA | 0.00 | 0.00 |
| Augusta Seaboard Community FCU | Unsecured | 2,085.00 | NA | NA | 0.00 | 0.00 |
| Augusta Seaboard Community FCU | Unsecured | 3,466.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 493.00 | NA | NA | 0.00 | 0.00 |
| Best Cash Loans | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Betty Jean Galloway | Unsecured | 9,870.00 | NA | NA | 0.00 | 0.00 |
| Carolina Neurology | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| Charter Communications | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Convergent Outsourcing | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| Credit Management LP | Unsecured | 1,131.00 | NA | NA | 0.00 | 0.00 |
| Credit Management LP | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| Credit Management LP | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF REVENUE and TAXATION | Secured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| DSNB Macys | Unsecured | 1,237.00 | NA | NA | 0.00 | 0.00 |
| Express Check Advance | Unsecured | 632.00 | NA | NA | 0.00 | 0.00 |
| FIA Card Services | Unsecured | 4,171.00 | NA | NA | 0.00 | 0.00 |
| GREENVILLE CNTY TAX COLLECT | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| GREENVILLE HOSPITAL SYSTEM | Unsecured | 327.00 | NA | NA | 0.00 | 0.00 |
| Greenville Hospital System | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Healthcare Receivables | Unsecured | 862.00 | NA | NA | 0.00 | 0.00 |
| Healthcare Receivables | Unsecured | 890.00 | NA | NA | 0.00 | 0.00 |
| Hillcrestcol | Unsecured | 1,548.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 3,900.00 | 3,518.45 | 3,518.45 | 0.00 | 0.00 |
| JC Penny | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 1,068.00 | NA | NA | 0.00 | 0.00 |
| OPTIMUM OUTCOMES INC | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PARSON BISHOP COLLECTI | Unsecured | 539.00 | NA | NA | 0.00 | 0.00 |
| Pinnacle Credit Services | Unsecured | 232.00 | 232.09 | 232.09 | 0.00 | 0.00 |
| Pinnacle Credit Services | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions | Unsecured | 20,646.00 | NA | NA | 0.00 | 0.00 |
| Sc Telco Fed Cr Un | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| Source Rcvry | Unsecured | 297.00 | NA | NA | 0.00 | 0.00 |
| Unifund Cert Partners | Unsecured | 16,952.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 5,720.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo | Unsecured | 36,341.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank, NA | Secured | 20,269.00 | 21,330.67 | 21,330.67 | 2,167.09 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $21,330.67 | $2,167.09 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$21,330.67** | **$2,167.09** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$3,750.54** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,537.91 |
| Disbursements to Creditors | $2,167.09 |
| **TOTAL DISBURSEMENTS:** | **$3,705.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administr matters for which the trustee is responsible have been completed. The trustee requests a final decr entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/14/2019

By: /s/ Gretchen D. Holland
   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**